# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Charles A. Rippy Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:12-cv-00322-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Turner, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 29, 2013 Order.

March 29, 2013

Frank G. Johns, Clerk
United States District Court